**FILED**

November 20, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ad_____
　　　　　　　　DEPUTY

*SEALED*　　　IN THE UNITED STATES DISTRICT COURT
　　　　　　　FOR THE WESTERN DISTRICT OF TEXAS
　　　　　　　　　　　　WACO DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE | * | W-23-CR-078 |
| UNITED STATES OF AMERICA FOR AN ORDER | * | W-23-CR-085 |
| AUTHORIZING THE INTERCEPTION OF WIRE | * | W-23-CR-103 |
| AND/OR ELECTRONIC COMMUNICATIONS | * | W-23-CR-130 |
| OCCURRING ON ANY CELLULAR TELEPHONE | * | W-23-CR-164 |
| OR TELEPHONE BEARING TELEPHONE NUMBER: | * | W-23-CR-195 |
| | * | W-23-CR-223 |
| **TELEPHONE #1**, METRO PCS NUMBER | * | W-23-CR-197 |
| (254) 229-2628, IMSI 310260677965420 | * | W-23-CR-225 |
| | * | W-23-CR-234 |
| **TELEPHONE #2**, METRO PCS NUMBER | * | |
| (254) 730-3686, IMSI 310260689112371 | * | |
| | * | |
| **TELEPHONE #3,** METRO PCS NUMBER | * | |
| (254) 379-4756, IMSI 310260682934928 | * | |
| | * | |
| **TELEPHONE #4**, METRO PCS NUMBER | * | |
| (254) 605-8580, IMSI 60677965589 | * | |
| | * | |
| **TELEPHONE #5,** METRO PCS NUMBER | * | |
| (254) 229-2957, IMSI 310260687013859 | * | |
| | * | |
| **TELEPHONE #6,** AT&T   NUMBER | * | |
| (254) 327-6441, IMSI 310280051912440 | * | |
| | * | |
| **TELEPHONE #7,** AT&T NUMBER | * | |
| (512) 839-3625, IMSI 310280058173277 | * | |
| | * | |
| **TELEPHONE #8**, AT&T NUMBER | * | |
| (254) 349-1461, IMSI 310280097007418 | * | |
| | * | |
| **TELEPHONE #8**, AT&T NUMBER | * | |
| (254) 722-9294, IMSI 310280097007418 | * | |
| | * | |
| **TELEPHONE #9,** AT&T NUMBER | * | |
| (254) 495-3099, IMSI 310280089129394 | * | |
| | * | |
| **TELEPHONE #10**, T MOBILE NUMBER | * | |
| (254) 910-0213, IMSI 310260579889255 | * | |
| | * | |
| **TELEPHONE   #11,** AT&T NUMBER | * | |
| (254) 327-6942, IMSI 80047687871 | * | |

5

**<u>ORDER</u>**

Application having been made to this Court by the United States of America to unseal and disclose on a limited basis the orders authorizing the interception of wire and electronic communication and the accompanying applications and affidavits, and copies of the original recordings made pursuant to the Court's orders, and those items having previously been sealed by the Court; and good cause shown for limited disclosure;

IT IS HEREBY ORDERED that on this date, unless otherwise ordered by the Court, the Court's Orders in **W-23-CR-078, W-23-CR-85, W-23-CR-103, W-23-CR-130, W-23-CR-164, W-23-CR-195, W-23-CR-223, W-23-CR-197, and W-23-CR-225,** the interception of wire and electronic communications and the accompanying applications and affidavits, and copies of the original recordings made pursuant to the Court's orders be unsealed for the purpose of their disclosure by the United States pursuant to Title 18, United States Code, Section 2518(9) and for any other purpose required by Chapter 119 of Title 18. These recordings and documents shall remain sealed as to all other parties.

IT IS FURTHER ORDERED that the defendants and their attorneys participating in the litigation of any criminal matter involving **W-23-CR-078, W-23-CR-85, W-23-CR-103, W-23-CR-130, W-23-CR-164, W-23-CR-195, W-23-CR-223, W-23-CR-197, and W-23-CR-225,** limit the disclosure of the contents of the Orders, Applications, and Affidavits as well as the intercepted recordings and any related synopsis or verbatim transcriptions of the recordings, among themselves and the staff of the attorneys, and to not disclose the contents of said intercepted communications or of the Orders, Applications, and Affidavits to any other person without further leave of this Court. And to not duplicate, reproduce, or transmit the contents, either orally, in writing, or digitally, of said intercepted communications or of the Orders, Applications, and Affidavits. Furthermore, the Government is permitted to make these communications, and the related the Orders, Applications, and Affidavits, available at its offices to counsel for the defense—no copies need be given to the Defense or the Defendant. However, if the Government does provide copies of the intercepted communications, or synopsis or verbatim transcriptions thereof, counsel for the Defense must maintain custody and control of those documents and cannot give copies of

those documents to any Defendants. Counsel for the defense may discuss the contents of these documents with their clients and may allow their clients to inspect these documents, but no copies shall be provided to any Defendant.

    IT IS SO ORDERED.

    SIGNED the 20th day of November, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE